IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JENNIFER WALKER, ASHLEY
MAXWELL, and QUINTON
MAXWELL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioners,

CASE NO. 1D16-3001

v.

MAJESTIC OAKS HOLDINGS,
LLC,

Respondent.

_____/

Opinion filed April 3, 2017.

Petition for Writ of Certiorari – original jurisdiction.

Glorimil R. Walker of Three Rivers Legal Services, Inc., Gainesville, for Petitioners.

Jerome R. Schechter of Jerome R. Schechter, P.A., Ft. Lauderdale, for Respondent.

PER CURIAM.

      DENIED.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.